# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0278.  KIMYATA BLACK v. PROGRESS ATLANTA, LLC.**

Progress Atlanta, LLC filed a dispossessory action in magistrate court against Kimyata Black. On February 15, 2024, the magistrate court entered a consent judgment in favor of Progress Atlanta.[1] On March 14, 2024, Black, proceeding pro se, filed this application for discretionary review of the order entered by the Barrow County Magistrate Court. We, however, lack jurisdiction.

Pretermitting whether Black's application is timely, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (punctuation omitted). Thus, this Court has jurisdiction to address an order of the magistrate court only if that order has been reviewed by a state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). The Georgia Constitution, however, provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b).

---

[1] Black also asserts that the magistrate court issued a writ of possession on March 5, 2024, but she did not submit evidence of the writ with this application.

Accordingly, this application is hereby TRANSFERRED to the Superior Court of Barrow County.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  04/02/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*